# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MEYLIN CASTRO, INDIVIDUALLY, AND ON BEHALF OF HER MINOR CHILDREN, MONICA GISSELL CASTANEDA-CASTRO, DAVID MEJIA-CASTRO, AND DYLAN SNEIJDER MEJIA-CASTRO, AND MEYLIN P. CASTRO

VERSUS

CHURCH MUTUAL INSURANCE COMPANY, FIRST UNITED METHODIST CHURCH OF DENHAM SPRINGS, ABC INSURANCE COMPANY, SUNBELT RENTALS SCAFFOLD SERVICES, LLC, XYZ INSURANCE COMPANY, AND 1 PRIORITY ENVIRONMENTAL SERVICES, INC.

NO. 2022 CW 0284

**MARCH 30, 2022**

---

In Re:   1 Priority Environmental Services, Inc. and Sunbelt Rentals Scaffold Services, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 669,445.

---

**BEFORE:   GUIDRY, McCLENDON, WELCH, THERIOT, AND WOLFE, JJ.**

**WRIT GRANTED.** The portion of the district court's ruling which allows the video recording of the additional medical examination of plaintiff, Meylin Castro, by Jose Lafosse, Ph.D., ABPP, is reversed. In reviewing the writ application before us, we do not find that the plaintiff has made the required showing of special circumstances to warrant the imposed condition of recording the additional medical examination. Accordingly, the writ is granted and the additional medical examination of plaintiff with Dr. Lafosse is to proceed without video recording.

**JMG**
**PMc**
**MRT**

**Welch and Wolfe, JJ.**, dissent and would deny the writ. The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (per curiam) are not met.

COURT OF APPEAL, FIRST CIRCUIT

_Peggy J. Landry_
DEPUTY CLERK OF COURT
FOR THE COURT